NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-966

STATE OF LOUISIANA

VERSUS

GREGG MONTGOMERY

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 15288-96
HONORABLE G. MICHAEL CANADAY, DISTRICT COURT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Marc T. Amy, and Michael G. Sullivan, Judges.

AFFIRMED.

Robert Richard Bryant, Jr.
District Attorney
P. O. Box 3206
Lake Charles, LA 70602
Telephone: (337) 437-3400
COUNSEL FOR:
        Appellee - State of Louisiana

**Laura Marie Pavy**
**Louisiana Appellate Project**
**P. O. Box 750602**
**New Orleans, LA 70175-0602**
**Telephone:  (504) 833-2910**
**COUNSEL FOR:**
   **Defendant/Appellant - Gregg Montgomery**

**Gregg Montgomery**
**C.P.C.C. B-7-06**
**5410  East Broad Street**
**Lake Charles, LA 70615**